Anthony O. GIBBS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74158.

Missouri Court of Appeals, Western District.

Oct. 30, 2012.

S. Kathleen Webber, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, and JAMES M. SMART, JR., and KAREN KING MITCHELL, Judges.

## Order

PER CURIAM:

Appellant, Anthony O. Gibbs, pled guilty to abuse of a child resulting in death and was sentenced to twenty-five years in prison. Thereafter, he filed a Rule 24.035 motion for post-conviction relief. Following an evidentiary hearing, Gibbs's amended Rule 24.035 motion was denied. Gibbs filed a timely appeal of the motion court's denial of his motion. We affirm. Rule 84.16(b).